✥AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 2 - 2012
_____ O'CLOCK
Lawrence K. Baerman. Clerk - Albany

__Northern__     District of     __New York__

JOSEPH J. O'HARA

Plaintiff

V.

KEITH A. RANIERE, et al

Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE    1:12-CV-252   GLS/RFT

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

  ☐ The clerk is directed to file the complaint.

  ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this   __2ND__   day of   __April__, __2012__.

_Signature of Judicial Officer_

__Randolph F. Treece, U.S. Magistrate Judge__
Name and Title of Judicial Officer