AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Joseph J. O'Hara | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-00252 |
| Keith A. Raniere a/k/a "Vanguard" Et Al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

P. David Soares and Albany County, New York

Date: 05/14/2012

*Attorney's signature*

Thomas Marcelle, 102117
*Printed name and bar number*

112 State Street, Rm. 1010
Albany, New York 12207

*Address*

thomas.marcelle@albanycounty.com
*E-mail address*

(518) 447-7110
*Telephone number*

(518) 447-5564
*FAX number*