

DANIEL P. McCOY
COUNTY EXECUTIVE

THOMAS MARCELLE
COUNTY ATTORNEY

EUGENIA KOUTELIS CONDON
DEPUTY COUNTY ATTORNEY

COUNTY OF ALBANY
OFFICE OF THE COUNTY ATTORNEY
COUNTY OFFICE BUILDING
112 STATE STREET, ROOM 1010
ALBANY, NEW YORK 12207
PHONE: (518) 447-7110  FAX: (518) 447-5564
www.albanycounty.com

ASSISTANT COUNTY ATTORNEYS
GREGORY A. RUTNIK
CATHERINE E. BROWN
JOHN E. MANEY
TRACY A. MURPHY
KARA M. FRANK
KARRY L. CULIHAN
ADAM G. GIANGRECO

May 16, 2012

RE:  O'Hara v. Raniere et al.
     1:12-cv-00252

Hon. Gary L. Sharpe, Chief Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207
**Filed Electronically**

Dear Judge Sharpe:

Defendants P. David Soares and Albany County received service of plaintiff's Complaint on May 9 and May 11, 2012, respectively, giving defendants' a response deadline of May 30. However, with approximately 80-85 numbered allegations, defendants are in need of more time.

On May 16, defendants spoke with plaintiff, who agreed to such an extension. Thus, defendants request that this Court grant defendants until June 20, 2012 to file its repsonse.

The Court's kind consideration is very much appreciated.

Sincerely yours,

/s/ *Adam G. Giangreco*
Adam G. Giangreco
Assistant County Attorney