AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Joseph J. O'Hara ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:12-cv-00252 |
| Keith A. Raniere a/k/a "Vanguard" Et Al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

P. David Soares and Albany County, New York

Date:    05/14/2012

*Attorney's signature*

Kara M. Frank, 517519
*Printed name and bar number*

112 State Street, Rm. 1010
Albany, New York 12207

*Address*

kara.frank@albanycounty.com
*E-mail address*

(518) 447-7110
*Telephone number*

(518) 447-5564
*FAX number*