## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

June 22, 2012

## NOTICE

Re:  *O'Hara v. Raniere et al.*
     1:12-cv-252  (GLS/RFT)

On June 20, 2012, defendants Scott A. Eggers, Scott Harshbarger, Proskauer Rose LLP, Douglas C. Rennie, Peter J. W. Sherwin, Albany, County, New York and David Soares and on June 21, 2012, defendants John P. Bartolomei, Bartolomei & Associates PC, Clare W. Bronfman, Sara R. Bronfman, Beth A. Bivona, Damon Morey LLP, William F. Savino, Bernard Schenkler, Gregory Zini, Kristin Keeffe, Keith A. Raniere, Stephen R. Coffey, Joshua E. McMahon, Pamela A. Nichols, O'Connell and Aronowitz, Andrew J. Safranko, Richard A. Weiskopf, Executive Success Programs, Inc., First Principles Incorporated, NXIVM Corporation, NXIVM Corporation (a New York Corporation), NXIVM LLC, NXIVM Properties LLC and Nancy Salzman moved to dismiss your lawsuit.  While you are entitled to file a response to the defendants' motions, and the court may benefit from such a response, you are not required to do so.  This is because motions to dismiss are generally evaluated by considering only the complaint and other documents incorporated by reference within or attached to it.

Should you choose to file a response to the defendants' motions, it is **due on July 16, 2012**.  Please file your response, if any, in writing and in accordance with the Local Rules of Practice and Federal Rules of Civil Procedure.  You may file your response by mailing it to:

        United States District Court
        Northern District of New York
        James T. Foley - U.S. Courthouse
        445 Broadway, Room 509
        Albany, NY 12207-2924

    In the event that you choose not to file a response, you are required to promptly notify the court and all other parties at the earliest practicable date, but, in any event, no less than **FOURTEEN DAYS** prior to the scheduled return date of the motion, unless good cause is shown.