UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 27 2012
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Albany
```

IN THE MATTER OF THE APPLICATION OF )
)
Charles S. Sims )   ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES )   12-CV-252
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Charles S. Sims_____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
O'Hara v. Raniere, et al., 1:12-CV-00252-GLS-RFT                              .

IT IS SO ORDERED

Dated: June 26, 2012

_____
☐ U.S. District Judge
☒ U.S. Magistrate Judge