U.S. DISTRICT COURT - N.D. OF N.Y.

# FILED

JUN 27 2012

AT_____O'CLOCK_____

Lawrence K. Baerman, Clerk - Albany

**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF** ) | |
| ) | |
| Jamison Davies ) | **ORDER** |
| ) | |
| ) | 12-CV-252 |
| **TO BE ADMITTED TO THE UNITED STATES** ) | |
| **DISTRICT COURT FOR THE NORTHERN** ) | |
| **DISTRICT OF NEW YORK** ) | |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____Jamison Davies_____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the
Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the
Northern District of New York for the particular case of :
O'Hara v. Raniere, et al., 1:12-CV-00252-GLS-RFT                    .

IT IS SO ORDERED

Dated : _Jun 26, 2012_

_____
☐ U.S. District Judge
☑ U.S. Magistrate Judge