UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH J. O'HARA, | ) | 1:12-CV-0252 GLS/ATB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| vs. | ) | APPEARANCE OF |
| | ) | MICHAEL T. MERVIS |
| KEITH A. RANIERE | ) | |
| A/K/A "VANGUARD," ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

    Pursuant to Local Rule 83.2(b), please withdraw the appearance of Michael T. Mervis as one of the counsel for the defendants Scott A. Eggers, Scott Harshbarger, Proskauer Rose LLP, Douglas C. Rennie, and Peter J.W. Sherwin (the "Proskauer Defendants"). Responsibility for this case has been transferred to Charles S. Sims and Jamison Davies of Proskauer Rose LLP, who entered appearances for the Proskauer Defendants on June 28 and shall continue their appearances as counsel of record for the Proskauer Defendants.

Respectfully submitted,

s/ Michael T. Mervis

Michael T. Mervis, Bar Number: 515353
Proskauer Rose LLP
11 Times Square
New York, NY 10036
212-969-3900
mmervis@proskauer.com

Dated: June 28, 2012

SO ORDERED:

_Gary L. Sharpe_
Chief Judge, US District Court NDNY
Date: June 29, 2012