UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH J. O'HARA,

                              Plaintiff,

vs.

KEITH A. RANIERE a/k/a VANGUARD,
NANCY SALZMAN a/k/a PREFECT,
KRISTIN KEEFFE,
CLARE W. BRONFMAN,
SARA R. BRONFMAN,
EXECUTIVE SUCCESS PROGRAMS, INC.,
  a Nevada Corporation,
FIRST PRINCIPLES INCORPORATED,
  a Delaware Corporation,
NXIVM CORPORATION d/b/a EXECUTIVE
  SUCCESS PROGRAMS, a Delaware Corporation,
NXIVM CORPORATION, a New York Corporation,
NXIVM LLC, a New York Limited Liability
  Company,
NXIVM Properties LLC, a New York Limited
  Liability Company,
P. DAVID SOARES,
ALBANY COUNTY, NEW YORK,
PROSKAUER ROSE LLP,
SCOTT A. EGGERS,
SCOTT HARSHBARGER,
DOUGLAS C. RENNIE,
PETER J.W. SHERWIN,
O'CONNELL AND ARONOWITZ, Attorneys at Law,
STEPHEN R. COFFEY,
JOSHUA E. McMAHON,
PAMELA A. NICHOLS,
ANDREW J. SAFRANKO,
RICHARD H. WEISKOPF,
DAMON MOREY LLP,
BETH A. BIVONA,
WILLIAM F. SAVINO,
BERNARD SCHENKLER,
GREGORY ZINI,
BARTOLOMEI & ASSOCIATES PC,
JOHN P. BARTOLOMEI,
TO-BE-NAMED CORPORATIONS, LIMITED

**NOTICE OF MOTION
FOR SANCTIONS**

12-CV-00252-GLS-RFT

---

*John P. Bartolomei & Associates
Attorneys-at-Law
335 Buffalo Avenue, Niagara Falls, New York 14303*

LIABILITY COMPANIES, NOT-FOR-PROFIT
CORPORATIONS, PARTNERSHIPS,
UNINCORPORATED BUSINESS ENTITIES,
FOUNDATIONS, TRUSTS AND OTHER ENTITIES,
TO-BE-NAMED NXIVM SENIOR COUNSELORS,
  NXIVM SENIOR PROCTORS, NXIVM PROCTORS,
  NXIVM SENIOR COACHES AND NXIVM COACHES,
TO-BE-NAMED LAW FIRMS AND INDIVIDUAL
  ATTORNEYS

                         Defendants.

| | |
|---|---|
| **MOTION BY:** | Defendants BARTOLOMEI & ASSOCIATES PC, and JOHN P. BARTOLOMEI |
| **DATE, TIME & PLACE OF HEARING:** | August 2, 2012 at 9:30 a.m. or at a time to be set by the Court. Oral argument is requested. |
| **SUPPORTING PAPERS:** | Declaration of John P. Bartolomei; Memorandum of Law. |
| **ANSWERING PAPERS:** | Pursuant to Local Rule 7.1(c), the opposing party is required to file and serve answering papers, if any, at least eight (8) business days prior to the return date of this motion. The moving parties intend to file and serve reply papers. |
| **RELIEF REQUESTED:** | An order pursuant to Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and the Court's inherent authority, imposing sanctions on Plaintiff and Plaintiff's counsel, based on the motion papers or, if necessary, following a hearing. Defendants request the opportunity to prove the legal fees expended at a later time, but seek sanctions equal to all legal fees incurred, and an additional amount to deter the conduct of Plaintiff's counsel, together with the costs of this motion and further relief as this Court deems proper. |
| **GROUNDS FOR RELIEF:** | As set out in the accompanying papers, Plaintiff's action asserts legal claims that are not warranted under existing law, or a good faith argument for the extension of existing law. Further, the Complaint contains many factual allegations for which there is no evidentiary support. Finally, the circumstances of the case lead to the conclusion that the Complaint was filed for the purpose of harassment |

John P. Bartolomei & Associates
Attorneys-at-Law
335 Buffalo Avenue, Niagara Falls, New York 14303

2

or annoyance and not for any proper purpose. Each is a proper basis for the Court to impose sanctions pursuant to Rule 11, 28 U.S.C. § 1927, or the Court's inherent authority.

Dated: Niagara Falls, New York
       June 21, 2012

_____
JOHN P. BARTOLOMEI, ESQ.
John P. Bartolomei Bar Number: 509323
*Attorney for Bartolomei & Associates, PC
and John P. Bartolomei*
335 Buffalo Avenue
Niagara Falls, New York 14303
Telephone:   (716) 282-2774
Email:       john@jpbartolomei.com

TO: **JOSEPH J. O'HARA**
*Pro Se Plaintiff*
99 Vly Road
Colonie, New York 12205

John P. Bartolomei & Associates
Attorneys-at-Law
335 Buffalo Avenue, Niagara Falls, New York 14303

3