

DANIEL P. McCOY
COUNTY EXECUTIVE

THOMAS MARCELLE
COUNTY ATTORNEY

EUGENIA KOUTELIS
CONDON
DEPUTY COUNTY ATTORNEY

COUNTY OF ALBANY
OFFICE OF THE COUNTY ATTORNEY
COUNTY OFFICE BUILDING
112 STATE STREET, ROOM 1010
ALBANY, NEW YORK 12207
PHONE: (518) 447-7110  FAX: (518) 447-5564
www.albanycounty.com

ASSISTANT COUNTY ATTORNEYS
GREGORY A. RUTNIK
CATHERINE E. BROWN
JOHN E. MANEY
TRACY A. MURPHY
KARA M. FRANK
KARRY L. CULIHAN
ADAM G. GIANGRECO

July 25, 2012

RE:   *O'Hara v. Raniere* et al.
      1:12-cv-00252

Hon. Gary L. Sharpe, Chief Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207
**Filed Electronically**

Dear Judge Sharpe:

     Defendants Albany County and P. David Soares filed a motion to dismiss on June 20, 2012 with respect to the above-entitled action. The Court required plaintiff to respond by July 16, with a return date of August 2. A week and a half has passed since the deadline and plaintiff still has filed no response with the clerk's office nor has he served any responsive papers on defendant.

     In light of plaintiff's failure to respond and violation of Local Rule 7.1(b)(3), defendants petition this Court to grant defendants' motion and to summarily dismiss all claims as against Albany County and P. David Soares.

     The Court's kind consideration is very much appreciated.

Sincerely yours,

/s/_____
Adam G. Giangreco
Assistant County Attorney
Bar Roll No. 517518