THE AVANT BUILDING >> SUITE 1200 >> 200 DELAWARE AVENUE >> BUFFALO NY 14202-2150  p> 716.856.5500  f> 716.856.5510  w> damonmorey.com

BUFFALO >> CLARENCE >> ROCHESTER

**BERNARD SCHENKLER**
Special Counsel
bschenkler@damonmorey.com
716.844.7075


DAMON MOREY
ATTORNEYS AT LAW

July 30, 2012

Hon. Randolph F. Treece
United States Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 314
Albany, New York 12207

    *Re:*    ***O'HARA V. RANIERE, ET AL***
             ***Civ. No. 12-252 GLS/RFT***
             ***[Request to Adjourn Case Management Conference]***

Dear Judge Treece:

       By Order of April 2, 2012 [ECF Docket No. 9], Your Honor scheduled a Civil Case Management Conference for August 16, 2012 with Civil Case Management Plans to be submitted 14 days prior to the conference. In the interim, all 36 named defendants have filed motions to dismiss the complaint. By order of July 26, 2012 [ECF Docket No. 73], Judge Sharpe has scheduled the submission dates for all the motions for August 27, 2012. In light of the pending motions, we respectfully request that Your Honor adjourn the case management conference until after a Decision and Order is issued with regard to the numerous motions which have been filed.

                                                Respectfully yours,

                                                */s Bernard Schenkler*
                                                Bernard Schenkler #514856
                                                for DAMON MOREY LLP

bs/mt
cc: Proskauer Rose Law Firm (via ECF)
     Albany County Attorney's Office (via ECF)
     Office of John P. Bartolomei & Assoc. (via ECF)
     Breedlove, Noll Law Firm (via ECF)
     O'Connell, Aronowitz Law Firm (via ECF)
     Joseph J. O'Hara (via Regular First Class Mail)

Doc #1720388.1

>> progressive.firm.