UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH J. O'HARA,

                                Plaintiff,

           **v.**                                              Civil Action 12-cv-0252
                                                                          GLS/RFT

KEITH A. RANIERE A/K/A "VANGUARD" et al.,

                                Defendants.

---

## CERTIFICATE OF SERVICE

We hereby certify that on August 13, 2012, we electronically filed, on behalf of Defendants County of Albany and P. David Soares, a LETTER MOTION to summarily dismiss all claims with prejudice as against Defendants Albany County and P. David Soares, with respect to the above-entitled proceeding, with the U.S. District Court for the Northern District of New York using the CM/ECF system and I hereby certify that I have mailed by the United States Postal Service the above-referenced document to the following non-CM/ECF participant:

        Joseph J. O'Hara
        99 Vly Road
        Colonie, NY  12205
        518-506-3840


Dated:  August 13, 2012        */s/ Adam G. Giangreco*
                                            Adam G. Giangreco, Esq.
                                            Assistant Albany County Attorney
                                            Attorney for Defendants
                                            Bar Roll No. 517518
                                            112 State Street, 10th Floor
                                            Albany, NY 12207
                                            Tel. No. 518-447-7110
                                            Fax No. 518-447-5564