**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JOSEPH J. O'HARA,

                            Plaintiff,

           v.                                          Civil Action 12-cv-0252
                                                        GLS/RFT

KEITH A. RANIERE A/K/A "VANGUARD" et al.,

                            Defendants.

---

**CERTIFICATE OF SERVICE**

We hereby certify that on August 16, 2012, we electronically filed, on behalf of the County of Albany, a LETTER REQUEST MOTION requesting that the Court reject Plaintiff's petition seeking to extend deadline in which to respond to Defendants' motion to dismiss, and to grant Plaintiff's motion for dismissal with prejudice, with respect to the above-entitled proceeding, with the U.S. District Court for the Northern District of New York using the CM/ECF system and I hereby certify that I have mailed by the United States Postal Service the above-referenced document to the following non-CM/ECF participant:

        Joseph J. O'Hara
        99 Vly Road
        Colonie, NY  12205
        518-506-3840

Dated:  August 16, 2012        /s/_____
                                          Adam G. Giangreco
                                          Assistant Albany County Attorney
                                          Attorney for Defendants
                                          Bar Roll No. 517518
                                          112 State Street, 10th Floor
                                          Albany, NY 12207
                                          Tel. No. 518-447-7110
                                          Fax No. 518-447-5564