August 14, 2012

Hon. Randolph F. Treece
United States Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Room 314
Albany, NY 12207



RE: O'Hara V. Raniere Et Al
    Civ. No. 12-252 GLS/RFT
    (Request To Postpone All Proceedings)

Dear Judge Treece:

Because of the various medical problems that I have been dealing with for the past several months, I have been unable to respond, in a timely and/or appropriate manner, to a variety of issues concerning the above-referenced matter. As a result, I am hereby requesting a postponement in all proceedings in this matter for a period of ninety (90) days.

I will be happy to provide you with a copy of my primary care physician's synopsis of my recent and current medical problems – and the applicable treatment plan regarding same. Due to the highly confidential nature of that information, however, I would request that its contents not be shared with any of the other parties in this matter.

Thank you for your consideration.

Sincerely,

*Joseph J O'Hara*

Joseph J. O'Hara


cc:   Damon Morey Law Firm
      Albany County Attorney's Office
      John P. Bartolomei & Associates
      Breedlove, Knoll Law Firm
      O'Connell & Aronowitz Law Firm
      Proskauer Rose Law Firm

<u>99 VLY ROAD COLONIE, NY 12205- 2232</u>