**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**JOSEPH J. O'HARA,**

                        **Plaintiff,**            **1:12-cv-252 (GLS/RFT)**

                        **v.**

**KEITH A. RANIERE also known as
Vanguard, et al.**

                        **Defendants.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** | |
| JOSEPH J. O'HARA<br>Plaintiff, Pro Se<br>99 Vly Road<br>Colonie, New York 12205 | |
| **FOR PROSKAUER ROSE<br>DEFENDANTS:** | |
| Proskauer, Rose Law Firm<br>Eleven Times Square<br>New York, New York 10036-8299 | CHARLES S. SIMS, ESQ.<br>JAMISON DAVIES, ESQ. |
| **FOR ALBANY COUNTY<br>DEFENDANTS:** | |
| Albany County Attorney's Office<br>112 State Street, 10th Floor<br>Albany, New York 12207 | ADAM G. GIANGRECO, ESQ.<br>KARA M. FRANK, ESQ.<br>THOMAS MARCELLE, ESQ. |

**FOR BARTOLOMEI DEFENDANTS:**

| | |
|---|---|
| Office of John P. Bartolomei & Associates<br>335 Buffalo Avenue<br>Niagara Falls, New York 14303 | JOHN P. BARTOLOMEI, ESQ. |

**FOR BRONFMAN DEFENDANTS:**

| | |
|---|---|
| Damon, Morey Law Firm<br>200 Delaware Avenue<br>12th Floor<br>Buffalo, New York 14202-2150 | WILLIAM F. SAVINO, ESQ. |

**FOR DAMON MOREY DEFENDANTS:**

| | |
|---|---|
| Damon, Morey Law Firm<br>200 Delaware Avenue<br>12th Floor<br>Buffalo, New York 14202-2150 | WILLIAM F. SAVINO, ESQ. |

**FOR DEFENDANTS KEEFFE AND RAINERE:**

| | |
|---|---|
| Breedlove, Noll Law Firm<br>10 Maxwell Drive, Suite 105<br>Clifton Park, New York 12065 | BRIAN BREEDLOVE, ESQ.<br>CARRIE MCLOUGHLIN NOLL, ESQ. |

**FOR O'CONNELL AND ARONOWITZ DEFENDANTS:**

| | |
|---|---|
| O'Connell, Aronowitz Law Firm<br>54 State Street<br>9th Floor<br>Albany, New York 12207-2501 | JEFFREY J. SHERRIN, ESQ. |

**FOR NXIVM DEFENDANTS:**

O'Connell, Aronowitz Law Firm      JEFFREY J. SHERRIN, ESQ.
54 State Street
9th Floor
Albany, New York 12207-2501

**Gary L. Sharpe**
**Chief Judge**

## ORDER

Pending before the court are defendants motions to dismiss pursuant to Fed. R. Civ. P. 12(b) (6). *See Dkt. Nos.* 44-46, 49-51 *and* 56-57. In addition, the Damon Morey and Bartolomei defendants filed Rule 11 motions. *See Dkt. Nos.* 61 *and* 70. Despite the passage of the due date, the plaintiff has not filed a response to these motions. The Second Circuit has held, "[a] court's task in ruling on a Rule 12(b)(6) motion is merely to assess the legal feasibility of the complaint, not to assay the weight of the evidence which might be offered in support thereof." *AmBase Corp. v. City Investing Co. Liquidating Trust*, 326 F.3d 63, 72 (2d Cir. 2003). Therefore, while the court may review the complaint alone to decide the motions to dismiss, it would be more beneficial to the plaintiff if he offered his position on defendants' arguments. If the court considers the motions without

3

plaintiff's response, it is left unaware of arguments that may further support the complaint.  Therefore, in the interest of justice the court will allow the plaintiff **until December 5, 2012** to file a response to defendants' motions. Moreover, if the plaintiff does not intend to oppose the motions, he must notify the court and opposing counsel immediately.  *See id.*

**WHEREFORE,** for the foregoing reasons, it is hereby

**ORDERED,** that the plaintiff either notify the court and opposing counsel of his intention not to respond to defendants' motions or file his response on or before **December 5, 2012**; and it is further

**ORDERED,** that if the plaintiff elects to file a response, the defendants shall file a reply on or before December 19, 2012, and it is further

**ORDERED,** that the motion hearing scheduled for January 3, 2013 at 9:00 a.m. has been rescheduled for January 17, 2013 at 9:00 a.m. on SUBMIT only. No personal appearances are needed;  and it is further

ORDERED, that no further extensions will be permitted absent extraordinary circumstances; and it is further

**ORDERED,** that the Clerk of the Court provide a copy of this Order to the parties by regular mail.

4

Dated:  November 21, 2012
         Albany, New York

Gary L. Sharpe
U.S. District Judge