

| | | |
|---|---|---|
| **DANIEL P. McCOY**<br>COUNTY EXECUTIVE<br><br>**THOMAS MARCELLE**<br>COUNTY ATTORNEY<br><br>**EUGENIA KOUTELIS CONDON**<br>DEPUTY COUNTY ATTORNEY<br><br>**JAMES GREEN**<br>ASSISTANT DEPUTY COUNTY ATTORNEY | **COUNTY OF ALBANY**<br>**OFFICE OF THE COUNTY ATTORNEY**<br>**COUNTY OFFICE BUILDING**<br>112 STATE STREET, ROOM 1010<br>ALBANY, NEW YORK 12207<br>PHONE: (518) 447-7110  FAX: (518) 447-5564<br>www.albanycounty.com | SENIOR ASSISTANT COUNTY ATTORNEY<br>ALBERT DINGLEY   JEFFREY KENNEDY<br>GREGORY A. RUTNIK   D. STEVE RAHMAS<br>JOHN E. MANEY   TRACY A. MURPHY<br><br>ASSISTANT COUNTY ATTORNEY<br>CATHERINE E. BROWN   CARLY MOUSSEAU<br>STEHLE HETMAN-MIKA   JOSEPH ALUND<br>EDWARD STANO   ADAM GIANGRECO<br>JILLIAN E. FAISON |

November 26, 2012

**Filed Electronically**
Hon. Gary L. Sharpe, Chief Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

RE:   O'Hara v. Raniere et al.
      1:12-cv-00252

Dear Chief Judge Sharpe:

    I write to notify the Court that Kara M. Frank, Esq. (Bar Roll No. 517519) is no longer an attorney employed by Albany County and is thus no longer to be noticed in the above-referenced action.

    Thank you for your consideration.

                                 Sincerely yours,

                                   /s/
                                 Adam Giangreco
                                 Assistant County Attorney
                                 Bar No. 517518

Cc:   **By Regular Mail**
      Joseph J. O'Hara
      99 Vly Road
      Colonie, NY  12205