UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH J. O'HARA,

                        Plaintiff,

       v.                                  Civil Action 12-cv-0252
                                                          GLS/RFT

KEITH A. RANIERE A/K/A "VANGUARD" et al.,

                        Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed, on behalf of the County of Albany, a NOTICE of Withdrawal of Attorney Kara M. Frank, with respect to the above-entitled proceeding, with the U.S. District Court for the Northern District of New York using the CM/ECF system and I hereby certify that I have mailed by the United States Postal Service the above-referenced document to the following non-CM/ECF participant:

        Joseph J. O'Hara
        99 Vly Road
        Colonie, NY  12205
        518-506-3840


Dated:  November 26, 2012        /s/
                                                Adam Giangreco
                                               Assistant Albany County Attorney
                                               Attorney for Defendants
                                               Bar Roll No. 517518
                                               112 State Street, 10th Floor
                                               Albany, NY 12207
                                               Tel. No. 518-447-7110
                                               Fax No. 518-447-5564