# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Hearing Date:  October 24, 2012 |
| | ) | Hearing Time:  9:15 a.m. |
| | ) | Hearing Location:   Albany |
| O'HARA, JOSEPH | ) | |
| (SSN: xxx-xx-7189) | ) | Case No.08-12108 rel |
| Debtor | ) | Chapter 7 |

## NOTICE OF MOTION UNDER DEFAULT PROCEDURE

The **Trustee's Motion Pursuant to F.R.B.P. 9019 For An Order Approving Stipulation** was filed on September 28, 2012, by Douglas J. Wolinsky, Chapter 7 Trustee (the "Motion"). The Motion seeks the Court's approval to authorize Special Litigation Counsel Cory E. Friedman, Esq. to execute a Stipulation of Dismissal, on behalf of the Trustee, in the matter of: *Joseph J. O'Hara v. Keith A. Raniere a/k/a Vanguard, et al*, U.S. District Court, Civil Action No. 1:12-CV-0252 pending in the United States District Court for the Northern District of New York.

**If you oppose the Motion,** you must file a written objection with the Clerk of Court **on or before 4:00 p.m. on October 17, 2012. If you file a written opposition, a copy must also be served upon** the Moving party, the debtor, the debtor's counsel, the United States Trustee, the case trustee, if any, and in a Chapter 11 Case, the creditors' committee and its counsel, or if no committee is appointed, then upon the twenty largest unsecured creditors. Addresses for those parties are set forth below.

**If an opposition is filed timely,** the Court will hold a hearing on the Motion and any objection at **9:15 a.m. on October 24, 2012,** at the following location: United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Suite 306, Albany, New York 12207.

**If no opposition is timely filed,** the Court may deem the matter unopposed and grant the Notice without further hearing.

PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

Dated: September 28, 2012                          DOUGLAS J. WOLINSKY
                                                   CHAPTER 7 TRUSTEE

                                          By:      /s/ Douglas J. Wolinsky
                                                   Douglas J. Wolinsky
                                                   Fed. ID No. 601112
                                                   dwolinsky@primmer.com
                                                   Primmer Piper Eggleston & Cramer PC
                                                   P.O. Box 1489
                                                   Burlington, VT 05402-1489
                                                   (802) 864-0880

**Addresses of Parties:**

**Douglas J. Wolinsky, Esq.**
Primmer Piper Eggleston & Cramer PC
P. O. Box 1489
150 South Champlain Street
Burlington, Vermont 05402-1489
*Moving Party and Chapter 7 Trustee*

Cory E. Friedman, No. 101706
328 Hogan Hill Road
Crown Point, New York 12928
*Special Litigation Counsel*

**Joseph J. O'Hara**
75 Willett Street
Albany, NY 12210
*Debtor*

**Richard Croak**
314 Great Oaks Blvd
Albany, NY 12203
*Counsel for Debtor*

**Tracy Hope Davis**
Office of the U.S. Trustee
74 Chapel Street
Suite 200
Albany, NY 12207

E00980-07944 / #667