# EXHIBIT 4

Case 1:12-cv-00252-GLS-RFT   Document 86-4   Filed 11/27/12   Page 2 of 6
Case 08-12108-1-rel   Doc 262-1   Filed 09/28/12   Entered 09/28/12 15:54:15   Desc
Certificate of Service    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| O'HARA, JOSEPH | ) | Case No.08-12108 rel |
| Debtor | ) | Chapter 7 |

## CERTIFICATE OF SERVICE

I, Douglas J. Wolinsky, certify that on September 28, 2012, a copy of the *Trustee's Motion Pursuant to F.R.B.P. 9019 For an Order Approving Stipulation* and the *Notice of Motion Under Default Procedure*, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing generated in connection with these documents and that paper copies will be sent by first class mail, postage pre-paid, to the parties whose names and addresses are listed on the attached mailing matrix and the parties listed below:

Cory E. Friedman, Esq.
328 Hogan Hill Road
Crown Point, New York 12928

William F. Savino, Esq.
200 Delaware Avenue, Suite 1200
Buffalo, New York 14202

Charles S. Sims, Esq.
Eleven Times Square
New York, New York 10036-8299

Jeffrey J. Sherrin, Esq.
54 State Street
Albany, New York 12207

Brian H. Breedlove, Esq.
10 Maxwell Drive, Suite 104
Clifton Park, New York 12065

John P. Bartolomei, Esq.
335 Buffalo Avenue
Niagara Falls, New York 14303

Adam G. Giangreco, Esq.
Office of the Albany County Attorney
112 State Street, Room 1010
Albany, New York 12207

Case 1:12-cv-00252-GLS-RFT   Document 86-4   Filed 11/27/12   Page 3 of 6
Case 08-12108-1-rel   Doc 262-1   Filed 09/28/12   Entered 09/28/12 15:54:15   Desc
Certificate of Service   Page 2 of 2

Dated:   September 28, 2012        /s/   Douglas J. Wolinsky
                                   Douglas J. Wolinsky
                                   Primmer Piper Eggleston & Cramer PC
                                   P.O. Box 148
                                   Burlington, VT 05402-1489
                                   (802) 864-0880
                                   **Chapter 7 Trustee**

E00980-07944 / #668

```
Label Matrix for local noticing          DaimlerChrysler Financial Services Americas   MeccaTech, Inc.
0206-1                                   c/o Deily, Mooney & Glastetter, LLP          c/o Bond, Schoeneck & King, PLLC
Case 08-12108-1-rel                      8 Thurlow Terrace                             Attn: Stephen A. Donato, Esq.
Northern District of New York            Albany, NY 12203-1006                         One Lincoln Center
Albany                                                                                 Syracuse, NY 13202-1355
Thu Apr 14 12:14:33 EDT 2011

New York State Department  Of Taxation and F   Randy Passonno                         Recovery Management Systems Corporation
Bankrutpcy Unit                          Collar City Auctions Realty & Management     25 SE 2nd Avenue
PO Box 5300                              9423 Western Turnpike                         Suite 1120
Albany, NY 12205-0300                    Delanson, NY 12053-2105                       Miami, FL 33131-1605


U.S. Bankruptcy Court                    American Express                              American Express Bank FSB
James T. Foley U.S. Courthouse           POB 1855                                      c o Becket and Lee LLP
445 Broadway, Suite 330                  New York City, NY  10116                      POB 3001
Albany, NY 12207-2936                                                                  Malvern PA 19355-0701


American Express Centurion Bank          BOND, SCHOENECK & KING, PLLC                  Bank of America
c o Becket and Lee LLP                   Stephen A. Donato, Esq.                       POB 15019
POB 3001                                 Sara C. Temes, Esq.                           Wilmington, DE 19850-5019
Malvern PA 19355-0701                    One Lincoln Center, 18th Floor
                                         Syracuse, New York 13202-1324


Beth Ann Bivona, Esq.                    Business Custom Capital/                      CHASE BANK USA
DAMON & MOREY LLP                        Wells Fargo                                   C O WEINSTEIN AND RILEY, PS
1000 Cathedral Place                     POB 6426                                      PO BOX 3978
298 Main Street                          Caral Stream, IL 60197-6426                   SEATTLE, WA 98124-3978
Buffalo, New York 14202-4005


CHASE BANK USA, NA                       Chase                                         Chase Bank USA
PO BOX 15145                             POB 15583                                     C/O Weinstein and Riley, PS
WILMINGTON, DE  19850-5145               Wilmington, DE 19886-0001                     2001 Western Ave, Ste 400
                                                                                       Seattle, WA 98121-3132


CitiBank                                 Citizens Bank                                 Clare Bronfman
POB 183062                               111 Washington Avenue                         c/o Damon & Morey LLP
Columbus, OH 43218-3062                  Capitol Hill Branch                           Attn: Attys Bivona and Savino
                                         Albany, NY 12210-2214                         298 Main Street, 1000 Cathedral Place
                                                                                       Buffalo, New York 14202


Clare W. Browfman                        Dreyer & Boyajian                             FIA CARD SERVICES, NA/BANK OF AMERICA
C/O Paul J. Yesawich, III, Esq.          75 Columbia Street                            by American InfoSource LP as its agent
Harris Beach                             Albany, NY 12210-2708                         PO Box 248809
99 Garnsey Rd.                                                                         Oklahoma City, OK  73124-8809
Pittsford, NY 14534-4596


Faragut Square                           Fifth Third Bank                              GE Money Bank
CXI Corporation                          POB 630337                                    Attn: Ramesh Singh
1025 Connecticut Avenue, Suite #100      Cincinnati,OH 45263-0337                      c/o Recovery Management Systems Corp.
Washington, DC 20036-5405                                                              25 SE 2nd Avenue, Suite 1120
                                                                                       Miami, FL 33131-1605


GE Money Bank                            Internal Revenue Service                      (p)INTERNAL REVENUE SERVICE
dba LOWES CONSUMER                       Clinton Avenue & North Pearl St.              CENTRALIZED INSOLVENCY OPERATIONS
Care of Recovery Management Systems Corp Albany, NY  12207                             PO BOX 7346
25 SE 2nd Ave Ste 1120                                                                 PHILADELPHIA PA 19101-7346
Miami FL 33131-1605
```

| | | |
|---|---|---|
| Jill Wagner<br>C/O harold Stevens, P.A.<br>2108 Monroe Street<br>POB Drawer 1440<br>Fort Myers, FL 33901-3629 | Jill Wagner<br>POB 421217<br>Summerland Key, FL 33042-1217 | Lemery Greisler, LLC<br>60 Railroad Place<br>Saratoga Springs, NY 12866-3033 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | Mecca Tech, Inc.<br>5840 Enterprise Drive<br>Lansing, MI 48911-4107 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>POB 94818<br>Lincoln, NE 68509-4818 |
| New York State Dept. of<br>Taxation and Finance<br>Bankruptcy Unit<br>POB 5300<br>Albany, NY 12205-0300 | POINT CENTER FINANCIAL, INC.<br>Fein, Such, Kahn & Shepard, P.C.<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054-4673 | Point Center Financial<br>30900 Rancho Viejo Rd.<br>Suite #100<br>San Juan Capistrano, CA 92675-1763 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sara Bronfman<br>c/o Damon & Morey LLP<br>Attn: Attys Bivona and Savino<br>298 Main Street, 1000 Cathedral Place<br>Buffalo, New York 14202 | Sara R. Browfman<br>C/O Paul J. Yeawich, III, Esq.<br>Harris Beach<br>99 Garnsey Rd.<br>Pittsford, NY 14534-4596 |
| Wells Fargo<br>Raymour & Flanigan<br>873 New Loudon Rd.<br>Latham, NY 12110-2150 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St.<br>Phoenix, AZ 85003-1805 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St., Phoenix, AZ 85003 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Clare Bronfman<br>c/o Damon & Morey LLP<br>Attn: Beth Ann Bivona, Esq.<br>298 Main Street<br>1000 Cathedral Place<br>Buffalo, NY 14202-4005 | Douglas J. Wolinsky<br>Primmer Piper Eggleston & Cramer PC<br>150 South Champlain Street<br>P.O. Box 1489<br>Burlington, VT 05402-1489 |
| James G. Loperfido<br>JGL Management Consulting<br>Metcalf Plaza<br>Sutie 307<br>Auburn, NY 13021 | Joseph J. O'Hara<br>75 Willett Street<br>Albany, NY 12210-1037 | Michael Jude O'Connor<br>c/o O'Connor, O'Connor, et al<br>20 Corporate Woods Boulevard<br>Albany, NY 12211-2396 |
| Richard Croak<br>314 Great Oaks Blvd<br>Albany, NY 12203-7911 | Sara Bronfman<br>c/o Damon & Morey LLP<br>Attn: Beth Ann Bivona, Esq.<br>298 Main Street<br>1000 Cathedral Place<br>Buffalo, NY 14202-4005 | Tracy Hope Davis<br>Office of the U.S. Trustee<br>74 Chapel Street<br>74 Chapel Street<br>Suite 200<br>Albany, NY 12207-2121 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O.Box 21126<br>Philadelphia, PA 19114 | M & T Bank<br>80 State Street<br>Albany Branch<br>Albany, NY 12207 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Collar City Auction Realty & Management,

(u)Innovative Solutions Group Cos., LLC

(u)JGL Management Consulting, Inc.

(u)Lorraine Conoby, of Weichert Realtors Nort

(u)Personal Assistance and Support Services,

(u)Primmer Piper Eggleston & Cramer P.C.

(u)Professional Assistance and Support Servic

(u)United States of America

(d)American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

(d)DaimlerChrysler Financial Services America
c/o Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203-1006

(d)MeccaTech, Inc.
c/o Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
Syracuse, NY 13202-1355

(u)Donald Fontaine
Fontaine & Associates

(d)Jill Wagner
PO Box 421217
Summerland Key, FL 33042-1217

(u)John Durkee, CPA

(u)Roberta-Anne Schmitt

End of Label Matrix
Mailable recipients    53
Bypassed recipients    15
Total                  68