# EXHIBIT 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| O'HARA, JOSEPH | ) | Case No. 08-12108 rel |
| Debtor | ) | Chapter 7 |

## CERTIFICATE OF SERVICE

I, Douglas J. Wolinsky, certify that on October 1, 2012, a copy of the *Trustee's Motion Pursuant to F.R.B.P. 9019 For an Order Approving Stipulation* and the *Notice of Motion Under Default Procedure*, filed through the ECF system on September 28, 2012, will be sent by first class mail, postage pre-paid, to the parties whose names and addresses are listed below:

Joseph O'Hara
99 Vly Road
Colonie, NY 12205


Dated:   October 1, 2012          /s/   Douglas J. Wolinsky
                                  Douglas J. Wolinsky
                                  Primmer Piper Eggleston & Cramer PC
                                  P.O. Box 148
                                  Burlington, VT 05402-1489
                                  (802) 864-0880
                                  *Chapter 7 Trustee*

E00980-07944 / #668