UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH J. O'HARA,

                         Plaintiff,

v.

KEITH A. RANIERE, et. al.

                        Defendants.
_____

12-CV-252 (GLS/RFT)

**DECLARATION OF SERVICE**

BERNARD SCHENKLER declares pursuant to 28 U.S.C. §1746 as follows:

    1. On November 27, 2012, I mailed a copy of correspondence dated November 27, 2012 to Hon. Gary L. Scharpe together with Exhibits including a Stipulation of Dismissal with Prejudice to Joseph J. O'Hara, at 99 Vly Road, Colonie, New York 12205 by United States Post Service First Class Mail..

    2. On November 27, 2017, I electronically filed the said correspondence and thereupon served all counsel of record pursuant to the ECF system.

    I declare that the foregoing statements are true under penalty of perjury.

Dated: November 27, 2012

                                              _/s Bernard Schenkler_
                                              Bernard Schenkler(#514856)

Doc #1757994.1