November 27, 2012

Hon. Gary L. Sharpe, Chief Judge
United States District Court for the
   Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 27 2012

LAWRENCE K. BAERMAN, CLERK
ALBANY

RE:  O'Hara V. Raniere Et Al
       Civ. No. 1:12-CV-00252 GLS/RFT

Dear Judge Sharpe:

I am writing as a follow-up to my letter to you dated August 20, 2012 – and in response to your subsequent grant of a ninety (90) day extension for me to file responsive pleadings in the above-referenced matter. In this regard, I regret to inform the Court that my ongoing medical problems have continued to make it impossible for me to develop the requisite pleadings – and to request that the Court either grant me an additional thirty (30) days to do so or, in the alternative, dismiss my claims <u>without prejudice</u> so that I can re-file some/all of them at a later date.

I will be forwarding, under separate cover, a brief update concerning my medical problems and the revised treatment plans concerning same. As before, that summary will be submitted only for an *in camera* review by the Court and with the understanding that it will not be made part of the record in this matter and/or shared with the Defendants and/or their counsel.

Thank you for your consideration.

Sincerely,

*[signature: Joseph J O'Hara]*

Joseph J. O'Hara


cc:   Albany County Attorney's Office
       John P. Bartolomei & Associates
       Breedlove, Knoll Law Firm
       Damon Morey Law Firm
       O'Connell & Aronowitz Law Firm
       Proskauer Rose Law Firm

<u>99 VLY ROAD COLONIE, NY 12205- 2232</u>