**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

JOSEPH J. O'HARA,

                              Plaintiff,

  vs.                                                         12-CV-00252-GLS-RFT

KEITH A. RANIERE, et al.

                              Defendants.
_____

## DECLARATION OF SERVICE

JOHN P. BARTOLOMEI declares pursuant to 28 U.S.C. §1746 as follows:

      1.     On November 28, 2012, I mailed a copy of correspondence dated November 28, 2012 from John P. Bartolomei, Esq. to Hon. Gary L. Sharpe (in opposition to Plaintiff's request for extension of time) to Joseph J. O'Hara, at 99 Vly Road, Colonie, New York, 12205 by United States Postal Service First Class Mail.

      2.     On November 28, 2012, I electronically filed the said correspondence and thereupon served all counsel of record pursuant to the ECF system.

      I declare that the foregoing statements are true under penalty of perjury.

Dated: November 29, 2012

                                                               s\John P. Bartolomei
                                                                John P. Bartolomei (#509323)