UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH J. O'HARA,

                                        Plaintiff,                  12-CV-252 (GLS/RFT)

v.

KEITH A. RANIERE, et. al.                **DECLARATION OF SERVICE**

                                    Defendants.
_____

BERNARD SCHENKLER declares pursuant to 28 U.S.C. §1746 as follows:

    1. On November 28, 2012, I mailed a copy of correspondence dated November 28, 2012 and a copy of the Bankruptcy Trustee's Motion and unexecuted Stipulation of Dismissal with Prejudice to Joseph J. O'Hara, at 99 Vly Road, Colonie, New York 12205 by United States Postal Service First Class Mail.

    2. On November 28, 2017, I electronically filed the said correspondence and documents and thereupon served all counsel of record pursuant to the ECF system.

    I declare that the foregoing statements are true under penalty of perjury.

Dated: November 29, 2012                        */s Bernard Schenkler*
                                                                     Bernard Schenkler(#514856)

Doc #1758925.1