November 30, 2012

Hon. Gary L. Sharpe, Chief Judge
United States District Court for the
  Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 30 2012

LAWRENCE K. BAERMAN, CLERK
ALBANY

RE:  O'Hara V. Raniere Et Al
     Civ. No. 1:12-CV-00252 GLS/RFT

Dear Judge Sharpe:

I have received and reviewed the Order in this matter that you issued on November 21, 2012. In this regard, I just want to clarify that the letter which I submitted to you on November 27, 2012 was written before I received that Order – and was not intended as a response to same (I moved earlier this month – and am still experiencing a delay in receiving my mail).

In conjunction with your above-referenced Order, I will, on or before December 5, 2012, submit my responses to the arguments that the various defendants in this matter have put forth in order to support their motions for dismissal. At that same time, I will also provide you with the medical update that was referenced in my November 27, 2012.

Respectfully,

*Joseph J O'Hara*

Joseph J. O'Hara

cc:  Albany County Attorney's Office
     John P. Bartolomei & Associates
     Breedlove, Knoll Law Firm
     Damon Morey Law Firm
     O'Connell & Aronowitz Law Firm
     Proskauer Rose Law Firm