UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH J. O'HARA,

                                                                                      12-CV-252 (GLS/RFT)

                        Plaintiff,

v.

KEITH A. RANIERE, et. al.

                       Defendants.
_____

### DECLARATION OF SERVICE AT PLAINTIFF'S NEW ADDRESS

BERNARD SCHENKLER declares pursuant to 28 U.S.C. §1746 as follows:

    1. On November 30, 2012, Plaintiff docketed correspondence which stated he had "moved earlier this month" and thus had a "delay in receiving my mail." [ECF 99] Plaintiff's letter of November 30, 2012 lists an address of 21 Ingersoll Avenue, Schenectady, New York 12305. Plaintiff's letter of November 27, 2012 docketed with the Court on that date [ECF 87] still lists the address of 99 Vly Road, Colonie, New York 12205.

    2. Accordingly, on December 3, 2012, I served a copy of correspondence dated November 27, 2012 [ECF 88], Letter Motion of November 27, 2012 [ECF 86] with Exhibits 1 to 6, and Letter of November 28, 2012 [ECF 96] with Exhibit A to Joseph J. O'Hara, 21 Ingersoll Avenue, Schenectady, New York 12305 via Federal Express overnight delivery.

    I declare that the foregoing statements are true under penalty of perjury.

Dated: December 3, 2012
                                                                               */s Bernard Schenkler*
                                                                               Bernard Schenkler(#514856)

Doc #1760059.1