UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

Joseph J. O'Hara                                          Civ. No. 1:12-CV-0252 (GLS/ATB)

                  Plaintiff,
v.

Keith A. Raniere a/k/a "Vanguard;"                        STIPULATION
Nancy Salzman a/k/a "Prefect;"                            OF DISMISSAL
Kristin Keeffe; Clare W. Bronfman;                        WITH PREJUDICE
Sara R. Bronfman; Executive Success
Programs, Inc. a Nevada Corporation;
First Principles Incorporated, a Delaware Corporation;
NXIVM Corporation, d/b/a Executive Success Programs,
a Delaware Corporation;
NXIVM Corporation, a New York Corporation;
NXIVM LLC, A New York Limited Liability Company;
NXIVM Properties LLC, a New York Limited Liability Company;
P. David Soares; Albany (NY) County;
Proskauer Rose LLP; Scott A. Eggers;
Scott Harshbarger; Douglas C. Rennie; Peter J.W. Sherwin;
O'Connell & Aronowitz, Attorneys at Law;
Stephen R. Coffee; Joshua W. McMahon;
Pamela A. Nichols; Andrew J. Safranko; Richard H. Weiskopf;
Damon Morey LLP; Beth A. Bivona;
William F. Savino; Bernard Schenkler; Gregory Zini;
Bartolomei & Associates, PC; Joseph P. Bartolomei;
and To be Named Corporations, Limited Liability
Companies, Not-For-Profit Corporations,
Partnerships, Unincorporated Business Entities,
Foundations, Trusts and Other Entities;
To Be Named NXIVM Senior Counselors,
NXIVM Senior Proctors, NXIVM Proctors,
NXIVM Senior Coaches, and NXIVM Coaches,
and To be Named Law Firms and Individual Attorneys,

                  Defendants.
―――――――――――――――――――――――――

## RECITALS

    A.    Joseph J. O'Hara ("O'Hara") filed the Complaint commencing this action ("Action") on February 9, 2012.

    B.    Each of the named defendants herein, through their attorneys, has filed a motion to dismiss the Action pursuant to Rule 12 of the Federal Rules of Civil Procedure.

    C.    In addition, two motions for sanctions pursuant to, *inter alia*, Rule 11 have been filed.

    D.    The said motions to dismiss and motions for sanctions are now pending in this Court.

    E.    O'Hara filed a petition for relief under chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York ("Bankruptcy Court"), Case No. 08-12108, on June 30, 2008.

    F.    Douglas J. Wolinsky is the duly appointed chapter 7 Trustee ("Trustee") of the bankruptcy estate of O'Hara ("Estate").

    G.    By Order of May 25, 2012, the Bankruptcy Court authorized the Trustee to employ Cory E. Friedman as Special Litigation Counsel for the Estate to, *inter alia*, analyze, evaluate and advise the Trustee with respect to the Action.

    H.    The Complaint herein was filed by O'Hara without notice to or consent of the Trustee.

    I.    The Trustee has determined the claims ("Claims") asserted by O'Hara in the Action are prepetition and, pursuant 11 U.S.C. § 541(a)(1), property of the Estate. *Chartschlaa v. Nationwide Mut. Ins. Co.*, 538 F.3d 116, 122 (2d Cir. 2008), *cert. denied*, 555 U.S. 1213 (2009); *Sierra Switchboard Co. v. Westinghouse Elec. Corp.*, 789 F.2d 705 (9th Cir. 1986); *Ibok v. SIAC-Sector Inc.*, 2011 U.S. Dist. LEXIS 27301 (S.D.N.Y. Mar. 14, 2011), *affirmed*, 470 Fed. Appx 27 (2d Cir. 2012); *Stanley v. Cmty. Bank, N.A.*, 2009 U.S. Dist. LEXIS 8022 (N.D.N.Y Feb. 4, 2009).

    J.    The Trustee has further determined that, because the Claims are property of the Estate, O'Hara may not assert them and only the Trustee may assert them. *Chartschlaa*, 538 F.3d at 122; *Coffaro v. Crespo*, 721 F. Supp. 2d 141, 148 (E.D.N.Y. 2010); *Ibok*, 2011 U.S. Dist. LEXIS 27301; *Stanley*, 2009 U.S. Dist. LEXIS 8022. The Trustee further is authorized to dismiss them. *Sherman v. Buckley*, 119 F.2d 280, 282 (2d Cir.) (L. Hand, J.)(. . .[the trustee] could have discontinued [the claim] altogether and disposed of the claim as he chose.), *cert. denied*, 314 U.S. 657 (1941), *disapproved in part on other grounds, Brown v. Gerdes*, 321 U.S. 178, 184 (1944).

2

K.  The Trustee has determined that the Claims asserted in the Action are without merit, that no amendment of the Claims would have merit, and that the Action is an improper waste of judicial resources and an unjustifiable burden on the defendants.

L.  The Trustee has further determined as a fiduciary, an officer of the Court, and as a matter of professional responsibility, the Action should be dismissed with prejudice.

M.  Each of the named defendants, through their counsel, has consented to the dismissal of the Action with prejudice, on conditions set forth hereafter.

N.  By Order entered October 29, 2012 (Bankruptcy Court docket Doc 264), attached hereto as Exhibit A, the Honorable Robert E. Littlefield, C.B.J., ordered that:

1. The Trustee is duly authorized to dismiss the Action;

2. The Stipulation is approved; and

3. Special Litigation Counsel Cory E. Friedman is authorized to execute the Stipulation on behalf of the Trustee and take all action necessary and proper to present it to be So Ordered and entered by the Court.

O.  Pursuant to F.R.B.P. 8002 to time to appeal the October 29, 2012 order of the Bankruptcy Court has expired.

NOW THEREFORE, the parties hereto stipulate and agree as follows:

1.  This Stipulation and each of its terms only shall become effective upon an Order of the Court approving this Stipulation.

2.  The Action shall be dismissed with prejudice and without costs to any party to this Stipulation.

3.  No party to this Stipulation shall seek Rule 11 or other sanctions against the Trustee or his counsel in connection with the Action, and each party to this Stipulation acknowledges that no sanction against O'Hara shall be a claim against the Estate.

4.  As a result of and upon the dismissal of the Action, all pending motions to dismiss shall be deemed withdrawn as moot.

5. Except as set forth herein, this Stipulation is without prejudice to the pending motions for sanctions.

6. This dismissal is not intended to and does not have any effect on claims filed by creditors (including Clare W. Bronfman and Sara R. Bronfman) in the bankruptcy case of O'Hara, nor of the enforcement of claims or judgments against O'Hara individually (including the judgment rendered in favor of Clare W. Bronfman and Sara R. Bronfman in *NXIVM Corp., v. O'Hara*, Civ. No. 05-1546).

7. This Stipulation may be executed in counterparts, all of which taken together shall constitute the Stipulation of Dismissal with Prejudice.

Cory E. Friedman
*Digitally signed by Cory E. Friedman*
*DN: cn=Cory E. Friedman, o, ou,*
*email=cory.friedman@gmail.com, c=US*
*Date: 2012.11.15 10:18:27 -05'00'*

*/s/ Cory E. Friedman*
_____
Cory E. Friedman, No. 101706
328 Hogan Hill Road
Crown Point, New York 12928
518-217-8585
cory.friedman@gmail.com
*Attorney for Douglas J.*
*Wolinsky, Chapter 7 Trustee*
*of the Estate of Joseph J. O'Hara*
Date: November 15, 2012

Proskauer Rose LLP

By_____
Charles S. Sims, No. 106952
Eleven Times Square
New York, New York 10036-8299
212-969-3565
csims@proskauer.com
*Attorneys for*
*Proskauer Rose LLP*
*Scott A. Eggers*
*Scott Harshbarger*
*Douglas C. Rennie*
*Peter J.W. Sherwin*
Date: November ___, 2012

Breedlove & Noll, LLP

By_____
Brian H. Breedlove, No. 301205
10 Maxwell Drive, Suite 104
Clifton Park, New York 12065
518-383-9400
brian.breedlove@breedlovenoll.com
*Attorneys for Keith A. Raniere*
*and Kristin Keeffe*
Date: November ___, 2012

Damon Morey LLP

By */s/ William F. Savino*
William F. Savino, No. 507064
200 Delaware Avenue, Suite 1200
Buffalo, New York 14202
716-856-5500
wsavino@damonmorey.com
*Attorneys for*
*Clare W. Bronfman*
*Sara R. Bronfman*
*Damon Morey LLP*
*William F. Savino*
*Beth A. Bivona*
*Bernard Schenkler*
*Gregory Zini*
Date: November ___, 2012

[Consents Continued on Next Page]

7. This Stipulation may be executed in counterparts, all of which taken together shall constitute the Stipulation of Dismissal with Prejudice.

                                                  Proskauer Rose LLP

By _____ By /s/ Charles S. Sims

Cory E. Friedman, No. 101706  
328 Hogan Hill Road  
Crown Point, New York 12928  
518-217-8585  
cory.friedman@gmail.com  
*Attorney for Douglas J.*  
*Wolinsky, Chapter 7 Trustee*  
*of the Estate of Joseph J. O'Hara*  
Date: November \_\_\_, 2012

Charles S. Sims, No. 106952  
Eleven Times Square  
New York, New York 10036-8299  
212-969-3565  
csims@proskauer.com  
*Attorneys for*  
*Proskauer Rose LLP*  
*Scott A. Eggers*  
*Scott Harshbarger*  
*Douglas C. Rennie*  
*Peter J.W. Sherwin*  
Date: November \_\_\_, 2012

Breedlove & Noll, LLP

By _____  
Brian H. Breedlove, No. 301205  
10 Maxwell Drive, Suite 104  
Clifton Park, New York 12065  
518-383-9400  
brian.breedlove@breedlovenoll.com  
*Attorneys for Keith A. Raniere*  
*and Kristin Keeffe*  
Date: November \_\_\_, 2012

Damon Morey LLP

By _____  
William F. Savino, No. 507064  
200 Delaware Avenue, Suite 1200  
Buffalo, New York 14202  
716-856-5500  
wsavino@damonmorey.com  
*Attorneys for*  
*Clare W. Bronfman*  
*Sara R. Bronfman*  
*Damon Morey LLP*  
*William F. Savino*  
*Beth A. Bivona*  
*Bernard Schenkler*  
*Gregory Zini*  
Date: November \_\_\_, 2012

[Consents Continued on Next Page]

5

7. This Stipulation may be executed in counterparts, all of which taken together shall constitute the Stipulation of Dismissal with Prejudice.

                                           Proskauer Rose LLP

_____     By_____
Cory E. Friedman, No. 101706    Charles S. Sims, No. 106952
328 Hogan Hill Road    Eleven Times Square
Crown Point, New York 12928    New York, New York 10036-8299
518-217-8585    212-969-3565
cory.friedman@gmail.com    csims@proskauer.com
*Attorney for Douglas J.*    *Attorneys for*
*Wolinsky, Chapter 7 Trustee*    *Proskauer Rose LLP*
*of the Estate of Joseph J. O'Hara*    *Scott A. Eggers*
Date: November \_\_\_, 2012    *Scott Harshbarger*
                                           *Douglas C. Rennie*
                                           *Peter J.W. Sherwin*
                                           Date: November \_\_\_, 2012

Breedlove & Noll, LLP                            Damon Morey LLP

By \[signature\]                                         By_____
Brian H. Breedlove, No. 301205    William F. Savino, No. 507064
10 Maxwell Drive, Suite 104    200 Delaware Avenue, Suite 1200
Clifton Park, New York 12065    Buffalo, New York 14202
518-383-9400    716-856-5500
brian.breedlove@breedlovenoll.com    wsavino@damonmorey.com
*Attorneys for Keith A. Raniere*    *Attorneys for*
*and Kristin Keeffe*    *Clare W. Bronfman*
Date: November 19, 2012    *Sara R. Bronfman*
                                           *Damon Morey LLP*
                                           *William F. Savino*
                                           *Beth A. Bivona*
                                           *Bernard Schenkler*
                                           *Gregory Zini*
                                           Date: November \_\_\_, 2012

[Consents Continued on Next Page]

O'Connell and Aronowitz, PC

By *(signature)*
Jeffrey J. Sherrin, No. 102601
54 State Street
Albany, New York 12207
518-462-5601
jsherrin@oalaw.com
*Attorneys for Nancy Salzman*
*Executive Success Programs, Inc.,*
*a Nevada Corporation,*
*First Principles Incorporation,*
*a Delaware Corporation,*
*NXIVM Corporation,*
*d/b/a Executive Success Programs,*
*a Delaware Corporation,*
*NXIVM Corporation,*
*a New York Corporation,*
*NXIVM LLC,*
*a New York Limited Liability Company,*
*NXIVM Properties LLC,*
*a New York Limited Liability Company,*
*O'Connell & Aronowitz*
*Stephen R. Coffey*
*Joshua E. McMahon*
*Pamela A. Nichols*
*Andrew J. Safranko*
*Richard J. Weiskopf*
Date: November 19, 2012

SO ORDERED:

Dated: November ___, 2012

_____
John P. Bartolomei, No. 509323
335 Buffalo Avenue
Niagara Falls, New York 14303
716-282-2774
john@jpbartolomei.com
*Attorneys for*
*Bartolomei & Associates, PC*
*John P. Bartolomei*
Date: November ___, 2012


Office of the Albany County Attorney

By_____
Adam G. Giangreco, No. 517518
112 State Street, Room 1010
Albany, New York 12207
618-447-7110
adam.giangreco@albanycounty.com
*Attorneys for*
*P. David Soares and*
*Albany (NY) County*
Date: November ___, 2012


_____
Hon. Gary L. Sharpe,
Chief United States District Judge

O'Connell and Aronowitz, PC

By_____
Jeffrey J. Sherrin, No. 102601
54 State Street
Albany, New York 12207
518-462-5601
jsherrin@oalaw.com
*Attorneys for Nancy Salzman*
*Executive Success Programs, Inc.,*
*a Nevada Corporation,*
*First Principles Incorporation,*
*a Delaware Corporation,*
*NXIVM Corporation,*
*d/b/a Executive Success Programs,*
*a Delaware Corporation,*
*NXIVM Corporation,*
*a New York Corporation,*
*NXIVM LLC,*
*a New York Limited Liability Company,*
*NXIVM Properties LLC,*
*a New York Limited Liability Company,*
*O'Connell & Aronowitz*
*Stephen R. Coffey*
*Joshua E. McMahon*
*Pamela A. Nichols*
*Andrew J. Safranko*
*Richard J. Weiskopf*
Date: November ___, 2012

By_____
John R. Bartolomei, No. 509323
335 Buffalo Avenue
Niagara Falls, New York 14303
716-282-2774
john@jpbartolomei.com
*Attorneys for*
*Bartolomei & Associates, PC*
*John P. Bartolomei*
Date: November ___, 2012


Office of the Albany County Attorney

By_____
Adam G. Giangreco, No. 517518
112 State Street, Room 1010
Albany, New York 12207
618-447-7110
adam.giangreco@albanycounty.com
*Attorneys for*
*P. David Soares and*
*Albany (NY) County*
Date: November ___, 2012

SO ORDERED:

Dated: November ___, 2012

_____
Hon. Gary L. Sharpe,
Chief United States District Judge

6

O'Connell and Aronowitz, PC

By_____
Jeffrey J. Sherrin, No. 102601
54 State Street
Albany, New York 12207
518-462-5601
jsherrin@oalaw.com
*Attorneys for Nancy Salzman*
*Executive Success Programs, Inc.,*
*a Nevada Corporation,*
*First Principles Incorporation,*
*a Delaware Corporation,*
*NXIVM Corporation,*
*d/b/a Executive Success Programs,*
*a Delaware Corporation,*
*NXIVM Corporation,*
*a New York Corporation,*
*NXIVM LLC,*
*a New York Limited Liability Company,*
*NXIVM Properties LLC,*
*a New York Limited Liability Company,*
*O'Connell & Aronowitz*
*Stephen R. Coffey*
*Joshua E. McMahon*
*Pamela A. Nichols*
*Andrew J. Safranko*
*Richard J. Weiskopf*
Date: November ___, 2012

_____
John P. Bartolomei, No. 509323
335 Buffalo Avenue
Niagara Falls, New York 14303
716-282-2774
john@jpbartolomei.com
*Attorneys for*
*Bartolomei & Associates, PC*
*John P. Bartolomei*
Date: November ___, 2012


Office of the Albany County Attorney

By_____
Adam G. Giangreco, No. 517518
112 State Street, Room 1010
Albany, New York 12207
518-447-7110
adam.giangreco@albanycounty.com
*Attorneys for*
*P. David Soares and*
*Albany (NY) County*
Date: November 16, 2012

SO ORDERED:

Dated: ~~November____, 2012~~
December 4, 2012

_____
Hon. Gary L. Sharpe,
~~Chief United States~~ District Judge

In addition, the outstanding motions for sanctions, (see Dkt. Nos. 61, 70), which were specifically excepted from the Stipulation of Dismissal, are **DENIED**. All remaining motions are **DENIED** as moot.

Date:   December 4, 2012
        Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court