UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH J. O'HARA,

                                              Plaintiff,  No.: 12-CV-252

-against-                                           (GLS/RFT)

KEITH A. RANIERE, et. al,

                                              Defendants.

---

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 4, 2012, I served by United States Postal Service correspondence from Jeffrey J. Sherrin, Esq., dated November 28, 2012, and addressed to the Hon. Gary L. Sharpe, upon the following non-CM/ECF Participants:

Joseph J. O'Hara
21 Ingersoll Avenue
Schenectady, New York 12305

                                              s/ Jeffrey J. Sherrin
                                              Jeffrey J. Sherrin
                                              Bar Number: 102601
                                              O'Connell & Aronowitz
                                              54 State Street
                                              Albany, NY 12207
                                              518-462-5601
                                              jsherrin@oalaw.com