December 11, 2012

Hon. Gary L. Sharpe, Chief Judge
United States District Court for the
  Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC    2012

LAWRENCE K. BAERMAN, CLERK
ALBANY

RE:  O'Hara V. Raniere Et Al
     Civ. No. 1:12-CV-00252 GLS/RFT

Dear Judge Sharpe:

I am writing as a follow-up to my letter to you dated November 27, 2012 – and to your subsequent Order wherein you allowed me additional time to file responses to the various Defendants' motions to dismiss my claims with prejudice, to impose sanctions upon me, etc.  In this regard, I regret to inform the Court that my present medical condition continues to make it impossible for me to meet move forward with this case at this time – and to request, once again, that the Court dismiss my claims in the above-referenced action *without prejudice* so that I can re-file some/all of them at a later date.

As detailed more fully in the separate update concerning my current medical condition that has been submitted only for an *in camera* review by the Court and with the understanding that it will not be made part of the record in this matter and/or shared with the Defendants and/or their counsel, it will be at least several months before I am able to fully pursue my claims.  In this regard, I do not believe that my medical issues should allow the Defendants to avoid responsibility for – and/or to somehow profit from – their illegal and unethical actions.

Thank you for your consideration.

Sincerely,

*[signature: Joseph J O'Hara]*

Joseph J. O'Hara


cc:   Albany County Attorney's Office
      John P. Bartolomei & Associates
      Breedlove, Knoll Law Firm
      Damon Morey Law Firm
      O'Connell & Aronowitz Law Firm
      Proskauer Rose Law Firm


24 INGERSOLL AVENUE – SCHENECTADY, NY 12305-1308